01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-232-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| JASON R. GORDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Felon in Possession of a Firearm

Date of Detention Hearing:    June 14, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has been indicted for possessing and transporting a firearm, having

previously been convicted of the felony of Attempting to Elude a Pursuing Police Officer.

(2)    In the Pretrial Services Report, criminal records are cited that reflect prior offenses

as well as multiple bench warrants issued for failure to appear.    The state Department of

DETENTION ORDER                                                                                                    15.13
18 U.S.C. § 3142(i)                                                                                              Rev. 1/91
PAGE 1

01 Corrections indicates the defendant has a long history of supervision which includes multiple

02 violations for failing to report, failing to pay his court ordered legal financial obligations, drug use

03 and warrants for absconding supervision. His criminal history includes 14 felony convictions.

04         (3)     Criminal records indicate the defendant is associated with at least seven alias

05 names, two different dates of birth and two Social Security numbers.

06         (4)     The defendant is not currently employed.  Some of the defendant's background

07 could not be verified.

08         (5)     The defendant poses a risk of nonappearance based on his use of alias forms of

09 identification, noncompliance with supervision, some unverified background information, and

10 substance abuse history.  He poses a risk of danger due to his criminal history, noncompliance with

11 supervision, substance abuse history, and the nature of the instant offense.

12         (6)     There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

14 to other persons or the community.

15 It is therefore ORDERED:

16         (1)     Defendant shall be detained pending trial and committed to the custody of the

17                 Attorney General for confinement in a correction facility separate, to the extent

18                 practicable, from persons awaiting or serving sentences or being held in custody

19                 pending appeal;

20         (2)     Defendant shall be afforded reasonable opportunity for private consultation with

21                 counsel;

22         (3)     On order of a court of the United States or on request of an attorney for the

23                 Government, the person in charge of the corrections facility in which defendant is

24                 confined shall deliver the defendant to a United States Marshal for the purpose of

25                 an appearance in connection with a court proceeding; and

26 / / /

DETENTION ORDER                             15.13
18 U.S.C. § 3142(i)                         Rev. 1/91
PAGE 2

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02              counsel for the defendant, to the United States Marshal, and to the United States

03              Pretrial Services Officer.

04     DATED this __14th__ day of June, 2005.

05

06                                         Mary Alice Theiler

07                                         United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 3